Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA HOLLINGSHEAD,<br><br>　　　　Plaintiff(s),<br>vs.<br>TARGET CORPORATION, and DOES 1 through 50, inclusive.<br><br>　　　　Defendant(s). | Case No. 2:14-cv-02942-TLN-AC<br><br>**STIPULATION TO EXTEND DEADLINES, AND ORDER** |

　　　　WHEREAS the plaintiff remains being treated by her orthopedic surgeon for injuries alleged in this action.  Plaintiff contends that shoulder surgery has been recommended, which she relates to the incident at issue, but is being postponed for approximately 6 months due to ongoing dental issues and surgery.

　　　　Since plaintiff continues to be under the treatment of her orthopedic surgeon, the current discovery cutoff of February 4, 2016 does not allow sufficient time to complete discovery and obtain complete and updated medical records, including surgical reports, as well as completing the deposition of plaintiff's treating physician.

　　　　This additional discovery after the proposed surgery (which is currently not scheduled for another 6 months) is necessary to consider the issues and retain those experts necessary to respond to the damage issues resulting from the outcome of this information.  Complete and updated medical information is also necessary for retained expert witnesses to provide a complete report for expert disclosures.

1

**STIPULATION TO EXTEND DEADLINES AND ORDER**

1  THEREFORE, the parties hereby stipulate and agree that the discovery cut-off date of
2 February 4, 2016 be extended to December 31, 2016.
3  IN ADDITION, it is hereby stipulated and agreed that mutual disclosure of expert witnesses
4 and exchange of expert report shall take place on or before February 28, 2017 and the mutual
5 disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before March
6 20, 2017.
7  IN ADDITION, the parties hereby stipulate and agree that the current motion deadline of
8 August 11, 2016 be extended to June 30, 2017.
9  IN ADDITION, the parties request that the final pretrial conference currently scheduled for
10 November 17, 2016 be continued to September 29, 2017 and the parties shall file a Joint Final
11 Pretrial Conference Statement no later than September 22, 2017.
12  IN ADDITION, the parties request that the trial currently scheduled to commence on
13 January 23, 2017 be continued to November 13, 2017.

16 Dated:  1/14/2016                                              LAW OFFICES OF ALAN M. LASKIN

                                                                 By:   /s/
                                                                    Alan Laskin, Esq.
                                                                    Attorneys for Plaintiff
                                                                    YOLANDA HOLLINGSHEAD

22 Dated:  1/15/2016                                              RIGGIO MORDAUNT & KELLY

                                                                 By:   /s/
                                                                    Michael Morduant, Esq.
                                                                    Lori Reihl, Esq.
                                                                    Attorneys for Defendant
                                                                    TARGET CORPORATION

2

**STIPULATION TO EXTEND DEADLINES AND ORDER**

**ORDER**

Good cause having been shown,

IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:

1. The discovery cut-off date of February 4, 2016 is extended to December 31, 2016.
2. Mutual disclosure of expert witnesses and exchange of expert report shall take place on or before February 28, 2017 and the mutual disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before March 20, 2017.
3. The current motion deadline of August 11, 2016 is extended to **July 13, 2017**.
4. The final pretrial conference currently scheduled for November 17, 2016 is continued to **October 5, 2017, at 2:00 p.m**.  The parties shall file a Joint Final Pretrial Conference Statement no later than September 28, 2017.
5. The trial currently scheduled to commence on January 23, 2017 is continued to **December 4, 2017, at 9:00 a.m.**

Dated: January 25, 2016

_____
Troy L. Nunley
United States District Judge

3

**STIPULATION TO EXTEND DEADLINES AND ORDER**